MECHANICS NATIONAL BANK OF BURLINGTON COUNTY, A NATIONAL BANKING ASSOCIATION, PLAINTIFF-APPELLANT, v. JAMES C. BRADY, JR., COMMISSIONER OF THE DEPARTMENT OF BANKING, STATE OF NEW JERSEY, AND FIDELITY BANK AND TRUST COMPANY, DEFENDANTS-RESPONDENTS.

Argued October 11, 1972—Decided November 6, 1972.

*Mr. William F. Tompkins* argued the cause for appellant (*Messrs. Lum, Biunno & Tompkins,* attorneys; *Mr. Walter J. Fessler,* on the brief).

*Mr. Stephen Skillman,* Assistant Attorney General, argued the cause for respondent, James C. Brady, Jr. (*Mr. George F. Kugler, Jr.,* Attorney General, attorney; *Mr. Charles L. Terribile,* Deputy Attorney General, on the brief).

*Mr. Edward Suski, Jr.* argued the cause for respondent, Fidelity Bank and Trust Company (*Messrs. Wilinski, Coruzzi & Suski,* attorneys).

PER CURIAM. The judgment of the Appellate Division, 121 *N. J. Super.* 62, is affirmed substantially for the reasons expressed in its opinion.

*For affirmance*—Chief Justice WEINTRAUB, Justices JACOBS, PROCTOR, HALL and MOUNTAIN, and Judge CONFORD—6.

*For reversal*—None.